IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

FEB 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 1 :26 CR 0 0 0 6 5 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| JOSE ROBY, | ) | Sections 841(a)(1), (b)(1)(B) and |
| RUBY ROBY, | ) | 846; Title 18, United States |
| | ) | Code, Sections 922(g), 924(a)(8), |
| Defendants. | ) | 924(c)(1)(A)(i), 1956(h) and (2). |

**JUDGE FLEMING**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine,
21 U.S.C.§§ 846; 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1.     From in or around February 2025, until on or about October 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JOSE ROBY and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with the Intent to Distribute Cocaine,
21 U.S.C.  §§ 841(a)(1) and (b)(1)(B)

The Grand Jury further charges:

2.     On or about October 22, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSE ROBY did knowingly and intentionally possess with the intent to distribute 500

grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior serious Drug Felony Conviction, 21 U.S.C. 841(b)(1)(B))

3. Before Defendant JOSE ROBY, committed the offenses charged in Counts 1 and 2 of this Indictment, Defendant JOSE ROBY had a final conviction for a serious drug felony, namely a conviction under Title 21, United States Code, Section 841, for Conspiracy to Possess with the Intent to Distribute and Distribution of Cocaine and Cocaine Base ("Crack"), in Case No. 1:04-CR-338, in the United States District Court, Northern District of Ohio, on or about November 10, 2004, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Indictment.

## COUNT 3
(Felon in Possession of a Firearm, §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about October 22, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSE ROBY, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, that being: Conspiracy to Possess with the Intent to Distribute and Distribution of Cocaine and Cocaine Base ("Crack"), in Case No. 1:04-CR-338 in the United States District Court, Northern District of Ohio, on or about November 10, 2004, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ross .38 semiautomatic pistol serial number GW50277, said firearm having been shipped and transported

2

in interstate commerce, in violation of in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4<br>(Possession of a Firearm in Furtherance of Drug Trafficking Crime,<br>18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

5. On or about October 22, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSE ROBY did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Cocaine, Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 5<br>(Conspiracy to Commit Money Laundering, 18 U.S.C. §§ 1956(h) and (2))

The Grand Jury further charges:

6. From on or about March 2025, until on or about October 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants JOSE ROBY and RUBY ROBY, did knowingly combine, conspire, and agree together and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, distribution and possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to distribute and possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to conceal

3

and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i). All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## FORFEITURE

The Grand Jury further charges:

6.    The allegations contained in Counts 1-5 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offenses); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses); and, Title 18, United States Code, Section 982(a)(1). As a result of these offenses, Defendants JOSE ROBY and RUBY ROBY shall forfeit to the United States: any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses; any and all firearms and ammunition involved in or used in the commission of the firearms offenses; and, any and all property, real or personal, involved in the money laundering offense, and any property traceable to such property; including, but not limited to, the following:

a.)    $103,601.00 U.S. Currency seized on October 22, 2025, at a residence associated with JOSE ROBY located on Red Tail Way, Brunswick, Ohio.

b.)    Ross .38 semiautomatic pistol, serial number: GW50277, seized on October 22, 2025, at a residence associated with JOSE ROBY located on Red Tail Way, Brunswick, Ohio.

c.)    $17,500.00 U.S. Currency seized on October 22, 2025, at a residence associated with RUBY ROBY located on Doll Drive, Garfield Heights, Ohio.

4

d.)     $116,800.00 U.S. Currency seized on October 23, 2025, from a PNC safe deposit box associated with RUBY ROBY.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

5